[No. 69596-7-I.   Division One.   August 26, 2013.]

*In the Matter of the Personal Restraint of* BRIAN K. RONQUILLO, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished per curiam opinion.

[No. 70340-4-I.   Division One.   August 26, 2013.]

BARRY REIMER ET AL., *Appellants*, v. GARY A. CROWELL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-05511-0, Stephanie A. Arend, J., entered April 27, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Schindler, JJ.

[No. 70360-9-I.   Division One.   August 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH WAYLON WEBB, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-00768-2, Marilyn K. Nitteberg-Haan, J., entered December 5, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Becker and Appelwick, JJ.

[No. 42877-6-II.   Division Two.   August 27, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WAYNE MAXWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00250-9, Russell W. Hartman, J., entered December 9, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar and Bjorgen, JJ.